NO. _____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

WESTERN STATES TRUCKING ASSOCIATION, INC.; AND
CONSTRUCTION INDUSTRY AIR QUALITY COALITION, INC.
*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; AND MICHAEL S.
REGAN, in his official capacity as Administrator of the UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,
*Respondents*.

On Appeal from the Environmental Protection Agency
EPA-HQ-OAR-2022-0330, EPA-HQ-OAR-2022-0331; FRL-9900-02-OAR

**PETITION FOR REVIEW**

ROBERT HENNEKE
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH
tha@texaspolicy.com
CONNOR MIGHELL
cmighell@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:     (512) 472-2700
Facsimile:      (512) 472-2728

*Counsel for Petitioners*

Pursuant to section 307(b) of the Clean Air Act, 42 U.S.C. § 7607(b), the Administrative Procedure Act, 5 U.S.C. §§ 551-706, Rule 15(a) of the Federal Rules of Appellate Procedure, and Rule 15(a) of this Court, Western States Trucking Association, Inc. and Construction Industry Air Quality Coalition, Inc. (the "Petitioners") hereby respectfully petition this Court for review of the final action of Respondent United States Environmental Protection Agency published at 88 Fed. Reg. 20688 (Apr. 6, 2023), entitled, "*California State Motor Vehicle and Engine Pollution Control Standards; Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions; Advanced Clean Trucks; Zero Emission Airport Shuttle; Zero Emission Power Train Certification; Waiver of Preemption; Notice of Decision*" (copy enclosed as Exhibit 1), and the accompanying administrative record.

DATED: June 5, 2023

Respectfully submitted,

*/s/Theodore Hadzi-Antich*
ROBERT HENNEKE
TX Bar No. 24046058
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH
CA Bar No. 264663
tha@texaspolicy.com
CONNOR MIGHELL
TX Bar No. 24110107
cmighell@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

*Counsel for Petitioners*